UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |

_____/

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| **Joseph Parrilli and Deborah Parrilli** | **JURY TRIAL DEMANDED** |

(Plaintiffs Names)

## SHORT-FORM COMPLAINT

The Plaintiffs, Joseph Parrilli and Deborah Parrilli, by counsel, file this Short Form Complaint against Defendants named below. Plaintiffs incorporate by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla), and all amendments thereto. Plaintiffs file this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiffs select and indicate by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiffs shall add and include them herein.

Plaintiffs, Joseph Parrilli and Deborah Parrilli, by counsel, allege as follows:

### I. PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF**

1. Plaintiffs, Joseph Parrilli, ("Plaintiff") brings this action (check the applicable designation):

    X    On behalf of himself;

2. Injured Party is currently a resident and citizen of South Bend, State of Indiana and claims damages as set forth below.

If any party claims loss of consortium,

3. Deborah Parrilli ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of South Bend, State of Indiana.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in South Bend, State of Indiana.

**B. DEFENDANT(S)**

6. Plaintiffs name the following Defendants from the Master Personal Injury Complaint in this action:

   a. **Brand Manufacturers: Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim USA Corporation, Boehringer Ingelheim International GmbH, Boehringer Ingelheim Promeco, S.A. de C.V., GlaxoSmithKline LLC, GlaxoSmithKline (America) Inc., GlaxoSmithKline plc, Pfizer Inc., Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., Sanofi S.A., Patheon Manufacturing Services LLC,**

   b. **Generic Manufacturers:  Unknown**

   c. **Distributors:   Unknown**

   d. **Retailers:   Walgreen Co., Walgreens Boots Alliance, Inc., Walmart Inc. f/k/a Wal-Mart Stores, Inc., Sam's West, Inc., CVS Pharmacy, Inc., The Kroger Co., Fred Meyer Stores, Inc.**

   e. **Repackagers:  Walgreen Co., Walgreens Boots Alliance, Inc., Walmart Inc. f/k/a Wal-Mart Stores, Inc., Sam's West, Inc., CVS Pharmacy, Inc., The Kroger Co., Fred Meyer Stores, Inc.**

   f. **Others Not Named in the MPIC:**

## C. JURISDICTION AND VENUE

g. Identify the Federal District Court in which Plaintiffs would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

**United States District Court, Northern District of Illinois**

h. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

i. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

   [X] Over the counter

j. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) <u>1995</u> to <u>July, 2018</u>.

## III. PHYSICAL INJURY

k. As a result of the Injured Party's use of the medications specified above, he was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| [X] | BLADDER CANCER | July, 2020 |
| [ ] | BRAIN CANCER | |
| [ ] | BREAST CANCER | |
| [ ] | COLORECTAL CANCER | |
| [ ] | ESOPHAGEAL/THROAT/NASAL CANCER | |
| [ ] | INTESTINAL CANCER | |
| [ ] | KIDNEY CANCER | |
| [ ] | LIVER CANCER | |
| [ ] | LUNG CANCER | |
| [ ] | OVARIAN CANCER | |
| [ ] | PANCREATIC CANCER | |
| [ ] | PROSTATE CANCER | |
| | STOMACH CANCER | |

| | | |
|---|---|---|
| ☐ | TESTICULAR CANCER | |
| ☐ | THYROID CANCER | |
| ☐ | UTERINE CANCER | |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

l. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiffs.

### IV. CAUSES OF ACTION ASSERTED

m. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| X | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| X | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| X | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| X | IV | NEGLIGENCE – FAILURE TO WARN |
| X | V | NEGLIGENT PRODUCT DESIGN |
| X | VI | NEGLIGENT MANUFACTURING |
| X | VII | GENERAL NEGLIGENCE |
| X | VIII | NEGLIGENT MISREPRESENTATION |
| ☐ | IX | BREACH OF EXPRESS WARRANTIES |
| X | X | BREACH OF IMPLIED WARRANTIES |
| X | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: **Illinois Consumer Fraud and Deceptive Business Practices Act ("Act"), 815 ILCS 505/1, et seq.** |

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| ☐ | XII | UNJUST ENRICHMENT |
| X | XIII | LOSS OF CONSORTIUM |
| ☐ | XIV | SURVIVAL ACTION |
| ☐ | XV | WRONGFUL DEATH |
| ☐ | XVI | OTHER: |
| ☐ | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

## V.    JURY DEMAND

n.    Plaintiffs hereby demands a trial by jury as to all claims in this action.

## VI.    PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs, Joseph Parrilli and Deborah Parrilli, have been damaged as a result of Defendants' actions or inactions and demand judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

    s/Gary A. Newland
    Gary A. Newland

    s/Erin A. Adamski
    Erin A. Adamski

    s/ Lawrence B. Finn
    Lawrence B. Finn

- 5 -

                                        Attorneys for Plaintiffs,
                                        Joseph Parrilli and Deborah Parrilli

Gary A. Newland (ARDC 6217146)
Erin A. Adamski  (ARDC 6317891)
NEWLAND & NEWLAND, LLP.
121 S. Wilke Rd., Ste. 301
Arlington Heights, IL 60005
Phone: (847) 797-8000
Fax: (847) 797-9090
erin@newlandlaw.com
gary@newlandlaw.com
paralegal.newland3@gmail.com
**Counsel for Plaintiffs**


Lawrence B. Finn (ARDC 6200559)
THE FINN LAW FIRM
20 N. Clark Street, Suite 3300
Chicago, IL 60602
Phone: (312) 962-0425
Fax: (312) 332-3550
LFinn@FinnLawAssociates.com
**Counsel for Plaintiffs**